4

6/18/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**EX PARTE**

ANTHONY TORRES,
    Plaintiff,

Civil Action No.
3:03-CV-424 (CFD)

v.

HON. JOSEPH H. PELLEGRINO,
  et al.,
    Defendants.

June 16, 2003

Motion DENIED. It is SO ORDERED.
WILLIAM T. GARFINKEL, U.S.M.J.
DATE 10/22/03

**PLAINTIFF'S MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO SERVE DEFENDANTS WITH COMPLAINT**

The plaintiff respectfully moves this court for an order directing the United States Marshal to serve the defendants, in their official capacity, with a copy of