UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY V. TORRES<br>    *Plaintiff,* | CIVIL ACTION NO.<br>3:03 CV424 (CFD)(WIG) |
| v. | |
| JUDGE JOSPEH H. PELLEGRINO,<br>JUDGE JOHN J. LANGERBACH,<br>JUDGE TERENCE A. SULLIVAN,<br>KATHLEEN F. CHASE<br>    *Defendants.* | OCTOBER 30, 2003 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the Honorable Joseph H. Pellegrino, Honorable John J. Langerbach, Honorable Terence A. Sullivan, and Kathleen F. Chase, in their official capacities only, in the above-captioned case.

Dated at Hartford, Connecticut, this 30th day of October, 2003.

DEFENDANTS,
HONORABLE JOSEPH H. PELLEGRINO,
HONORABLE JOHN J. LANGERBACH,
HONORABLE TERRANCE A. SULLIVAN,
KATHLEEN F. CHASE

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *Philip Miller*
Philip Miller
Assistant Attorney General
Federal Bar No. ct25056
55 Elm Street
PO Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Email: phil.miller@state.po.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 30th day of October, 2003, first class postage prepaid to:

Anthony V. Torres, Pro se
Inmate #246027
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

Courtesy copy mailed to:

Honorable William I. Garfinkel
915 Lafayette Boulevard
Bridgeport, CT 06604


*Philip Miller*
Philip Miller
Assistant Attorney General