UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 31 A 11: 39

| | |
|---|---|
| ANTHONY V. TORRES<br>*Plaintiff,* | : CIVIL ACTION NO.<br>: 3:03 CV424 (CFD)(WIG) |
| v. | : |
| JUDGE JOSPEH H. PELLEGRINO,<br>JUDGE JOHN J. LANGERBACH,<br>JUDGE TERENCE A. SULLIVAN,<br>KATHLEEN F. CHASE<br>*Defendants.* | :<br>:<br>:<br>:<br>: October 30, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure for the United States District Court, District of Connecticut, the defendants, Honorable Joseph H. Pellegrino, Honorable John J. Langerbach, Honorable Terence A. Sullivan, and Kathleen F. Chase, hereby respectfully request an extension of time, to and including December 1, 2003, in which to respond to the plaintiff's complaint, either by answer or by motion addressed to the complaint. The reasons for the motion for extension of time are as follows:

(1) Undersigned counsel recently has been assigned this matter and is filing his appearance with this motion.

(2) Combined with the press of other matters, defendants require additional time to prepare an appropriate response to the complaint.

(3) Despite diligent efforts, defendants cannot ascertain plaintiff's position regarding this motion.

**ORAL ARGUMENT NOT REQUESTED**

(4) This is the defendants' first motion for an extension of time to respond to the plaintiff's complaint.

WHEREFORE, the defendants respectfully request an extension of time to and including December 1, 2003, to respond to the plaintiff's complaint, either by answer or by motion addressed to the complaint.

DEFENDANTS,
HONORABLE JOSEPH H. PELLEGRINO,
HONORABLE JOHN J. LANGERBACH,
HONORABLE TERRANCE A. SULLIVAN,
KATHLEEN F. CHASE

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Philip Miller
Assistant Attorney General
Federal Bar No. ct25056
55 Elm Street
PO Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Email: phil.miller@state.po.ct.us

# **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 30th day of October, 2003, first class postage prepaid to:

Anthony V. Torres, Pro se
Inmate #246027
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

Courtesy copy mailed to:

Honorable William I. Garfinkel
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Philip Miller
Assistant Attorney General