UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 31 A 11: 39

| | |
|---|---|
| ANTHONY V. TORRES<br>*Plaintiff,* | : CIVIL ACTION NO.<br>: 3:03 CV424 (CFD)(WIG) |
| v. | : |
| JUDGE JOSPEH H. PELLEGRINO,<br>JUDGE JOHN J. LANGERBACH,<br>JUDGE TERENCE A. SULLIVAN,<br>KATHLEEN F. CHASE<br>*Defendants.* | :<br>:<br>:<br>:<br>: October 30, 2003 |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY
OF DEFAULT AGAINST THE DEFENDANTS FOR FAILURE TO APPEAR**

Pursuant to Local Rule 7(a) of the Federal Rules of Civil Procedure for the United States District Court, District of Connecticut, the defendants in this action file this opposition to the Plaintiff's Motion for Entry of Default for Failure to Appear. The undersigned counsel was recently assigned this case and is filing his appearance and a motion for extension of time in which to respond to the plaintiff's complaint, either by answer or by motion addressed to the complaint along with this opposition. Because the defendants have now appeared in this case, the grounds for plaintiff's motion no longer exist. Furthermore, the Second Circuit has expressed, on numerous occasions, the preference that litigation be resolved on the merits and not by default. See, e.g., Pecarsky v. Galaxiworld.com, Ltd., 249 F.3d 167, 172 (2d Cir. 2001); Enron Oil Corp. v. Diakuhara, 10 F.3d 90, 95 (2d Cir. 1993); Traguth v. Zuck, 710 F.2d 90, 94 (2d Cir. 1983).

## CERTIFICATION

I hereby certify that a copy of the foregoing Opposition to Plaintiff's Motion for Entry of Default was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 30th day of October, 2003, first class postage prepaid to:

Anthony V. Torres, Pro se
Inmate #246027
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

Courtesy copy mailed to:

Honorable William I. Garfinkel
915 Lafayette Boulevard
Bridgeport, CT 06604


_____
Philip Miller
Assistant Attorney General

WHEREFORE, the defendants respectfully request that the Motion for Entry of Default be denied.

>
> DEFENDANTS,
> HONORABLE JOSEPH H. PELLEGRINO,
> HONORABLE JOHN J. LANGERBACH,
> HONORABLE TERRANCE A. SULLIVAN,
> KATHLEEN F. CHASE
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
>
> BY: *Philip Miller*
> Philip Miller
> Assistant Attorney General
> Federal Bar No. ct25056
> 55 Elm Street
> PO Box 120
> Hartford, CT 06141-0120
> Tel: (860) 808-5020
> Fax: (860) 808-5347
> Email: phil.miller@state.po.ct.us