UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY TORRES
                                          PRISONER
   V.                            CASE NO. 3:03CV424 (CFD) (WIG)

JUDGE JOSEPH PELLEGRINO, ET AL.

### RULING ON PENDING MOTIONS

The defendants have moved for an extension of time to respond to the complaint. The motion is granted. The defendants shall file their response to the complaint on or before December 1, 2003.

The plaintiff moves to default the defendants for failure to appear. On October 31, 2003, Attorney Miller filed an appearance for the defendants. Because the defendants have appeared in this action, the motion for default is denied.

### Conclusion

The defendants' Motion for Extension of Time [doc. # 10] to respond to the complaint is GRANTED. The defendants shall respond to the complaint on or before December 1, 2003. The Motion for Default [doc. # 7] is DENIED

SO ORDERED this 21st day of November, 2003, at Bridgeport, Connecticut.

                                                          */S/ William I. Garfinkel*
                                                          William I. Garfinkel
                                            United States Magistrate Judge