UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| ANTHONY V. TORRES<br>*Plaintiff,* | CIVIL ACTION NO.<br>3:03 CV424 (CFD)(WIG) |
| v. | |
| JUDGE JOSPEH H. PELLEGRINO,<br>JUDGE JOHN J. LANGERBACH,<br>JUDGE TERENCE A. SULLIVAN,<br>KATHLEEN F. CHASE<br>*Defendants.* | November 26, 2003 |

US DISTRICT COURT
HARTFORD CT

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure for the United States District Court, District of Connecticut, the defendants, Honorable Joseph H. Pellegrino, Honorable John J. Langerbach, Honorable Terence A. Sullivan, and Kathleen F. Chase, hereby respectfully request an extension of time, to and including December 29, 2003, in which to respond to the plaintiff's complaint, either by answer or by motion addressed to the complaint. The reasons for the motion for extension of time are as follows:

(1)     The defendants are continuing their factual investigation into this matter to determine whether a policy clarification is appropriate. Such clarification may obviate the need for further litigation of this matter; however, the defendants required additional time to determine whether such clarification is necessary.

(2)     The plaintiff refuses to communicate with undersigned counsel by telephone. Thus counsel anticipates that, once defendants finalize their policy, it will take some additional time to reach an agreement with the plaintiff.

**ORAL ARGUMENT NOT REQUESTED**

(3)   Because plaintiff refused to communicate with undersigned counsel via telephone, defendants cannot ascertain plaintiff's position regarding this motion in a timely manner.

(4)   This is the defendants' second motion for an extension of time to respond to the plaintiff's complaint.

WHEREFORE, the defendants respectfully request an extension of time to and including December 29, 2003, to respond to the plaintiff's complaint, either by answer or by motion addressed to the complaint.

DEFENDANTS,
HONORABLE JOSEPH H. PELLEGRINO,
HONORABLE JOHN J. LANGERBACH,
HONORABLE TERRANCE A. SULLIVAN,
KATHLEEN F. CHASE

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Philip Miller
Assistant Attorney General
Federal Bar No. ct25056
55 Elm Street
PO Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Email: phil.miller@state.po.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 26th day of November, 2003, first class postage prepaid to:

Anthony V. Torres, Pro se
Inmate #246027
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

Courtesy copy mailed to:

Honorable William I. Garfinkel
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Philip Miller
Assistant Attorney General