03cv324
mtnext

13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| ANTHONY V. TORRES<br>*Plaintiff,* | CIVIL ACTION NO.<br>3:03 CV424 (CFD)(WIG) |
| v. | |
| JUDGE JOSPEH H. PELLEGRINO,<br>JUDGE JOHN J. LANGERBACH,<br>JUDGE TERENCE A. SULLIVAN,<br>KATHLEEN F. CHASE<br>*Defendants.* | November 26, 2003 |

**GRANTED.** It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure for the United States District Court, District of Connecticut, the defendants, Honorable Joseph H. Pellegrino, Honorable John J. Langerbach, Honorable Terence A. Sullivan, and Kathleen F. Chase, hereby respectfully request an extension of time, to and including December 29, 2003, in which to respond to the plaintiff's complaint, either by answer or by motion addressed to the complaint. The reasons for the motion for extension of time are as follows:

(1) The defendants are continuing their factual investigation into this matter to determine whether a policy clarification is appropriate. Such clarification may obviate the need for further litigation of this matter; however, the defendants required additional time to determine whether such clarification is necessary.

(2) The plaintiff refuses to communicate with undersigned counsel by telephone. Thus counsel anticipates that, once defendants finalize their policy, it will take some additional time to reach an agreement with the plaintiff.

**ORAL ARGUMENT NOT REQUESTED**