FILED

2003 DEC 10 P 3: 59

US [illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,                    Civil Action No.
        Plaintiff,                 : 3:03-CV-424
                                     (CFD)(WIG)

                v.

HON. JOSEPH H. PELLEGRINO,
        Defendants.                 December 3, 2003

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

The plaintiff, Anthony Torres, hereby moves this court for a default judgment in accordance to Rule-55(b) of the Federal Rules of Civil Procedure upon each of the defendants, in their official capacities, on the grounds that they have failed to file an Answer to the

Complaint within the time-period ordered by the court. In support of this motion for default judgment the plaintiff submits the following facts:

1. The defendants were served by the U.S. Marshals, in their official capacities, on July 31, 2003.

2. On or about October 30, 2003, the defendants filed for an extension of time, to and including December 1, 2003, in which to respond to the plaintiff's Complaint. In their motion for extension of time, the defendants provided some weak and invalid causes for their alleged need for more time.

3. On November 21, 2003, the District Court, Magistrate Judge William I. Garfinkel, granted the defendants' motion for extra time until December 1, 2003.

-2-

4. On December 2, 2003, the plaintiff received the defendants' second motion for extension of time. The second motion also contains weak and invalid causes for their alleged need for a second extension.

5. The plaintiff argues that the defendants' second motion for extension of time is brought in bad-faith and a habitual act of creating delays in the disposition of this civil action. The delays are detrimental to the plaintiff because he is still being unconstitutionally barred from filing any civil action for personal injury tort or injunctive relief in the Connecticut Superior Court, Judicial District of Tolland at Rockville.

6. The plaintiff is procedurally entitled to the imposition of a default judgment upon each of the defendants for

-3-

their abuse of the extension of time procedural practice.

WHEREFORE, the plaintiff respectfully seeks this court to sanction the defendants, and each of them, by granting this motion for a default judgment pursuant to Rule-55(b) of the FRCP

Dated: December 3, 2003   Respectfully submitted,

Anthony Torres
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

CERTIFICATION

This is to certify that a true copy of the above motion was mailed, postage prepaid, on the 3rd of December 2003, pursuant to Rule-5(b) of the FRCP, to Philip Miller, Asst. Attorney General, Office of the Attorney General, 55 Elm Street, P.O. Box-120, Hartford, CT 06141-0120.

*Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Plaintiff)

-5-