FILED

2003 DEC 10 P 3:59

US DIST

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,     :   Civil Action No.
    Plaintiff,     :   3:03-CV-424
                        (CFD)(WIG)

v.

HON. JOSEPH H. PELLEGRINO, :
    Defendants.     December 3, 2003

## PLAINTIFF'S MOTION FOR ORDER DIRECTING THE DEFENDANTS TO CONFORM TO THE FORM OF PLEADINGS

The plaintiff, Anthony Torres, hereby moves this court for an order directing the defendants to conform to the form of pleadings as required in accordance to Rule-10(a) of the Federal Rules of Civil Procedure on the grounds that the

defendants have repeatedly filed their pleadings and/or papers with this court with the incorrect plaintiff's name and incorrect reference to the defendants. In support of this motion the plaintiff submits the following facts:

   1. The plaintiff filed this civil action under the plaintiff's name "ANTHONY TORRES" and all his pleadings and/or other papers filed by the plaintiff has identify him as "ANTHONY TORRES" only without a middle initial.

   2. However, the defendants continues to file their pleadings and/or papers with this court erroneously identifying the plaintiff as "ANTHONY V. TORRES" in the case caption.

3. The plaintiff does not have a middle initial in his full name and he does not know anyone with such a name with a "V" middle initial.

4. As of today, the defendants have not explain to the plaintiff as to why they are using the "V" initial in Mr. Torres' name when none of the plaintiff's documents filed with this court contains such an initial in his full name.

5. Additionally, the plaintiff notice that in the same case caption, filed by the defendants, they repeatedly refer to themselves as "Judge" when all of the plaintiff's filing of the case caption refers to the defendants as "Hon." or "Honorable."

-3-

WHEREFORE, the plaintiff respectfully moves this court for an order directing the defendants to conform to the form of pleadings as required by Rule-10(a) of the FRCP and that they cease-and-desist in the use of the "V" middle initial in the plaintiff's full name in the case caption and to additionally conform to the defendants' "Hon." reference by ending the use of "Judge" in the same case caption.

Dated: December 3, 2003    Respectfully submitted,

_Anthony Torres_
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box - 665
Somers, CT 06071

<u>CERTIFICATION</u>

This is to certify that a true copy of the above motion was mailed, postage prepaid, on the 3rd day of December 2003, pursuant to <u>Rule-5(b) of the FRCP</u>, to Philip Miller, Asst. Attorney General, Office of the Attorney General, 55 Elm Street, P.O. Box-120, Hartford, CT 06141-0120.

*Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Plaintiff)

-5-