UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| ANTHONY TORRES<br>*Plaintiff,* | : CIVIL ACTION NO.<br>: 3:03 CV424 (CFD)(WIG) |
| v. | : |
| HONORABLE JOSPEH H. PELLEGRINO,<br>HONORABLE JOHN J. LANGERBACH,<br>HONORABLE TERENCE A. SULLIVAN,<br>and KATHLEEN F. CHASE<br>*Defendants.* | :<br>:<br>:<br>:<br>: December 29, 2003 |

## MOTION TO DISMISS

The defendants, the Honorable Joseph H. Pellegrino, Honorable John J. Langerbach, Honorable Terence A. Sullivan, and Kathleen F. Chase, hereby move to dismiss the plaintiff's complaint in its entirety pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. As the accompanying memorandum of law will demonstrate, this Court lacks subject matter jurisdiction over the plaintiff's cause of action because he lacks standing to obtain a determination of the constitutionality of the challenged statute. Alternatively, the Court should exercise its discretion and dismiss the complaint as moot.

DEFENDANTS,
HONORABLE JOSEPH H. PELLEGRINO,
HONORABLE JOHN J. LANGERBACH,
HONORABLE TERRANCE A. SULLIVAN,
KATHLEEN F. CHASE

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Philip Miller
Assistant Attorney General
Federal Bar No. ct25056
55 Elm Street
PO Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Email: phil.miller@state.po.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Opposition to Plaintiff's Motion for Entry of Default was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 29th day of December, 2003, first class postage prepaid to:

Anthony Torres, Pro se
Inmate #246027
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

Courtesy copy mailed to:

Honorable William I. Garfinkel
915 Lafayette Boulevard
Bridgeport, CT 06604

*[signature]*
Philip Miller
Assistant Attorney General