FILED

2004 JAN 16  P 4:40

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

HON. JOSEPH H. PELLEGRINO,
et al.,
    Defendants.

Civil Action No.
3:03-CV-424
(CFD)(WIG)

January 13, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE HIS MEMORADUM OF LAW IN OPPOSITION TO MOTION TO DISMISS

The plaintiff hereby moves this court for an extension of time, pursuant to Local Rule - 9(b) and Rule - 6(b) of the Federal Rules of Civil Procedure,

to file his memorandum of law in opposition to the defendants motion to dismiss, until February 4, 2004, due to current difficulties that is described below which is obstructing his ability to file his memorandum within the time-period required by the <u>Local Rule</u>. In support of this motion for an extension of time the plaintiff submits the following:

1. On December 29, 2003, the defendants had filed a motion to dismiss.

2. The plaintiff is unable to file his memorandum of law within twenty-one (21) days as required by the local rules due to difficulties that the plaintiff is enduring in obtaining access to legal photocopies from the prison

-2-

officials at his current place of confinement. The plaintiff believes that he will obtain a photocopy of his memorandum in opposition sometime shortly - but not within the time frame to meet the 21-day deadline under the rules.

3. The plaintiff needs until February 4, 2004 to file his memorandum of law and he does not anticipate any further delays.

4. The plaintiff has not been able to ascertain the defendants' position on this extension of time request due to his incarceration and this is his first request for an extension of time for this specific matter.

WHEREFORE, the plaintiff respectfully seeks this court to grant this motion for extension of time, until February 4, 2004, to file his memorandum of law in opposition to the defendants' motion to dismiss.

Dated: January 13, 2004          Respectfully submitted,

_____Anthony Torres_____
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box - 665
Somers, CT 06071

-4-

### CERTIFICATION

This is to certify that a true copy of the above motion was mailed, postage prepaid, on this 13th day of January, 2004, pursuant to Rule-5(b) of the FRCP, to Philip Miller, Asst. Attorney General, Office of the Attorney General, 55 Elm Street, P.O. Box-120, Hartford, CT 06141-0120.

_____
ANTHONY TORRES #246027
(Pro Se Plaintiff)

- 5 -