UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ANTHONY TORRES**

          **PRISONER**
**V.**         **CASE NO. 3:03CV424 (CFD) (WIG)**

**JUDGE JOSEPH PELLEGRINO, ET AL.**

### RULING ON PENDING MOTIONS

Pending are three motions filed by the plaintiff. The plaintiff seeks a default judgment against the defendants for failure to respond to the complaint. Because a default has not yet entered against the defendants, the court construes the motion as a motion for default. On December 29, 2003, the defendants moved to dismiss the complaint. Because the defendants are not in default, the plaintiff's motion is denied.

The plaintiff moves for an order directing the defendants to list his name as Anthony Torres instead of Anthony V. Torres on any motions, memoranda or other documents they file in the case. The court notes that the most recent motion and memorandum filed by the defendants lists the plaintiff's name as Anthony Torres. Accordingly, the plaintiff's motion is denied as moot.

The plaintiff seeks an extension of time to respond to the motion to dismiss. The motion is granted. The plaintiff shall file his response to the motion on or before February 6, 2004.

## **CONCLUSION**

The plaintiff's Motion for Extension of Time [doc. # 20] to respond to the motion to dismiss is GRANTED. The plaintiff shall respond to the motion to dismiss on or before February 6, 2004. The Motion for Default [doc. # 16] is DENIED. The Motion for Order [doc. # 17] is DENIED as moot.

Entered this the 23rd day of January, 2004, at Bridgeport, Connecticut.

*/S/ William I. Garfinkel*
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE