FILED
2004 FEB -3 P 3:38
US DISTRICT
BRIDGE...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

HON. JOSEPH H. PELLEGRINO,
et al.,
    Defendants.

Civil Action No.
3:03-CV-424
(CFD)(WIG)

January 30, 2004

## PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME, NUNC PRO TUNC, TO FILE HIS MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS

This motion is directed to Magistrate William I. Garfinkel for adjudication.

The plaintiff hereby moves this court, nunc pro tunc, for a second extension of time, pursuant to Local Rule-9(b) and Rule-6(b) of the Federal Rules of Civil Procedure, to file his memorandum of law in opposition to the defendants' motion to dismiss, until February 18, 2004, due to the obstruction which was committed by the Hon. Holly B. Fitzsimmons, U.S. Magistrate Judge, as described below. In support of this motion for a second extension of time the plaintiff submits the following:

1. On January 16, 2004, the plaintiff received information from the Bridgeport clerk's office for the U.S. District Court (Trudy) that his First Amended Complaint dated December 23, 2003 had never arrived at the clerk's office. The plaintiff, on January 16th, mailed a second set to the clerk's office.

2. On January 22, 2004, the plaintiff finally mailed his <u>Memorandum of Law in Opposition to Motion to Dismiss</u> to the clerk's office which was dated on its face January 7, 2004. The delay in mailing the document to the court is described in the plaintiff's first <u>Motion for Extension of Time</u> dated January 13, 2004.

3. On the same date, January 22nd, the plaintiff wrote to Judge Droney and Magistrate Garfinkel notifying them of the delays in filing the <u>First Amended Complaint</u>.

4. On January 30, 2004, the plaintiff received an <u>Order Returning Submission</u> (the <u>First Amended Complaint</u> and the <u>Memorandum of Law in Opposition to Motion to Dismiss</u>) issued by Magistrate Fitzsimmons alleging that the plaintiff failed to sign the pleadings. The statement by Fitzsimmons is completely false. It should be noted that Magistrate Garfinkel is

- 3 -

assigned to this civil action for all pre-trial matters and <u>not</u> Magistrate Fitzsimmons who has stepped outside her legal jurisdiction.

5. On that same date of January 30th, the plaintiff mailed back to the clerk for immediate filing all the legal papers Magistrate Fitzsimmons had wrongfully rejected. Please examine <u>Notice of Filing Letters</u> dated January 30, 2004 filed with this court. Said notice contains letters dated January 22 and 30, 2004 addressed to Judge Droney and Magistrate Garfinkel.

6. The plaintiff needs until February 18, 2004 to overcome the obstruction that Magistrate Fitzsimmons had wrongfully instituted concerning the plaintiff's legal papers. However, the plaintiff does not anticipate any further delays.

-4-

7. The plaintiff has not been able to ascertain the defendants' position on this second extension of time request due to his incarceration and this is his legitimate attempt to clear the hindrance now before him.

WHEREFORE, the plaintiff respectfully seeks this court to grant this motion for a second extension of time, until February 18, 2004, to file his <u>Memorandum of Law in Opposition to Motion to Dismiss</u>.

Dated: January 30, 2004       Respectfully submitted,

*Anthony Torres*

Anthony Torres #246027
(Pro Se Plaintiff)
Northern Connecticut Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

-5-

CERTIFICATION

This is to certify that a true copy of the above motion was mailed, postage prepaid, on this 30th day of January 2004, pursuant to Rule-5(b) of the FRCP, to Phillip Miller, Asst. Attorney General, 55 Elm Street, P.O. Box-120, Hartford, CT 06141-0120.

ANTHONY TORRES #246027
(Pro Se Plaintiff)