FILED

2004 FEB -5 P 4:37

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

HON. JOSEPH H. PELLEGRINO,
et al.,
    Defendants.

: Civil Action No.
: 3:03-CV-424
  (CFD)(WIG)

: January 30, 2004

## NOTICE OF FILING LETTERS

To the Clerk:

    Please file this notice with its attached four correspondence from the plaintiff to Judge Droney dated January 22 and 30, 2004, and also correspondence from the

plaintiff to Magistrate Garfinkel dated January 22 and 30, 2004. Please assign a docket entry number for this notice in the court files for the above-captioned case. Thank you.

Dated: January 30, 2004    Submitted by,

_Anthony Torres_
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box - 665
Somers, CT 06071

CERTIFICATION

This is to certify that a true copy of the above notice of filing letters, with its attachment, was mailed, postage prepaid, on this 30th day of January 2004, pursuant to Rule-5(b) of the FRCP, to Phillip Miller, Asst. Attorney General, Office of the Attorney General, 55 Elm Street, P.O. Box-120, Hartford, CT 06141-0120.

_Anthony Torres_
ANTHONY TORRES #246027
(Pro Se Plaintiff)