UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY TORRES | : | CIVIL ACTION NO. |
|    *Plaintiff,* | : | 3:03 CV424 (CFD)(WIG) |
| | : | |
| v. | : | |
| | : | |
| HONORABLE JOSPEH H. PELLEGRINO, | : | |
| HONORABLE JOHN J. LANGERBACH, | : | |
| HONORABLE TERENCE A. SULLIVAN, | : | |
| and KATHLEEN F. CHASE | : | |
|    *Defendants.* | : | February 6, 2004 |

## MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

The defendants, the Honorable Joseph H. Pellegrino, Honorable John J. Langerbach, Honorable Terence A. Sullivan, and Kathleen F. Chase, hereby move to dismiss the plaintiff's first amended complaint in its entirety pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. In addition to the reasons set forth in the memorandum of law supporting the defendants' motion to dismiss the plaintiff's original complaint, as the accompanying memorandum of law will demonstrate, this Court lacks subject matter jurisdiction over the plaintiff's amended cause of action because he lacks standing to obtain the additional relief that he is requesting. Alternatively, the complaint is not ripe for adjudication.

                                                  DEFENDANTS,
                                                  HONORABLE JOSEPH H. PELLEGRINO,
                                                  HONORABLE JOHN J. LANGERBACH,
                                                  HONORABLE TERRANCE A. SULLIVAN,
                                                  KATHLEEN F. CHASE

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

BY: _____
     Philip Miller
     Assistant Attorney General
     Federal Bar No. ct25056
     55 Elm Street
     PO Box 120
     Hartford, CT 06141-0120
     Tel: (860) 808-5020
     Fax: (860) 808-5347
     Email: phil.miller@state.po.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing motion was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 6th day of February, 2004, first class postage prepaid to:

Anthony Torres, Pro se
Inmate #246027
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

Courtesy copy mailed to:

Honorable William I. Garfinkel
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Philip Miller
Assistant Attorney General