[Supplemental to letter of 1-22-04 to Judge Droney]

Anthony Torres #246027
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

January 30, 2004

Hon. Christopher F. Droney
United States District Court
450 Main Street
Hartford, CT 06103

RE: TORRES v. PELLEGRINO, et al.
    3:03-CV-424 (CFD)(WIG)

Dear Judge Droney:

Please be advised that pursuant to Magistrate Fitzsimmons' Order Returning Submission dated January 27, 2004, the court clerk (Dep. Clerk Mary E. Larsen) had returned my First Amended Complaint dated December 23, 2003 and Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss dated January 7, 2004 and mailed January 22, 2004.

[Margin annotation: The Clerk shall docket this letter and include it in the Court's file. So ordered. Christopher F. Droney, United States District Judge 02/11/04]

Judge Droney/USDC        January 30, 2004
Page - 2 of 3

    Magistrate Fitzsimmons' <u>Order</u> dated January 27, 2004 alleges that the rejection by the court of my submitted legal papers was due to "failure to sign (the) pleading." This specific claim by Magistrate Fitzsimmons' is, respectfully, a false statement. The documents were submitted to the court clerk with its original signature in both submissions. Magistrate Fitzsimmons' involvement in this matter is most inappropriate because she is <u>not</u> assigned to this civil action.

    I respectfully request that this court direct Magistrate Fitzsimmons to end her hindrance of this civil action. I have today return the rejected legal papers back to Deputy Clerk Larsen for processing at Bridgeport. I have also submitted with the clerk an additional application for an extension of time to file those rejected papers.

    I have described to this court in my last correspondence of January 22, 2004 the repeated problems I am faced with when attempting to file legal papers with the Bridgeport courthouse and mail leaving this prison facility at Northern.

    Therefore, I request that this court delay the ruling of the defendants' motion to dismiss and that my second request for extension of time be granted. Thank you.

Respectfully submitted,

*Anthony Torres*

ANTHONY TORRES #246027

cc: Philip Miller, Asst A.G.
    Hartford, CT

Copy one (1)