03cv424/tr

Anthony Torres #246027
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

January 22, 2004

Hon. Christopher F. Droney
United States District Court
450 Main Street
Hartford, CT 06103

RE: TORRES v. PELLEGRINO, et al.
3:03-CV-424 (CFD)(WIG)

Dear Judge Droney:

Please be advised that the FIRST AMENDED COMPLAINT for the above-entitled civil action was supposed to have been mailed out by the prison employees here at Northern last December 23, 2003. However, the court clerk has no record of receiving that material.

The Clerk shall docket this letter and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
02/11/04

Judge Droney/USDC                January 22, 2004
Page - 2 of 2

    I can only assume that the amended complaint was stolen by the prison employees as an act of mischief last December. Pursuant to my telephone conversation with Deputy Clerk - Trudy at Bridgeport on January 16th, I'am re-submitting for filing the <u>FIRST AMENDED COMPLAINT</u> with the Clerk's office. This <u>FIRST AMENDED COMPLAINT</u> should be taken into consideration when the court adjudicates the defendants Motion to Dismiss.

    Thank you.

                                           /s/

cc: Phillip Miller, Asst. Atty. Gen.
     Hartford, CT 06141-0120

    Copy one (1)