29

Anthony Torres #246027
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

January 22, 2004

Hon. Christopher F. Droney
United States District Court
150 Main Street
Hartford, CT 06103

RE: TORRES v. PELLEGRINO, et al
    3:03-CV-424 (CFD)(WIG)

Dear Judge Droney:

Please be advised that the FIRST AMENDED COMPLAINT for the above-entitled civil action was supposed to have been mailed out by the prison employees here at Northern last December 23, 2003. However, the court clerk has no record of receiving that material.

---

The Clerk shall docket this letter and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
02/11/04