

> Supplemental to
> letter of 1-22-04
> to Judge Droney

Anthony Torres # 246027
Northern Correctional Institution
287 Bilton Road
Post Office Box - 665
Somers, CT 06071

January 30, 2004

Hon. Christopher F. Droney
United States District Court
450 Main Street
Hartford, CT 06103

RE:   TORRES v. PELLEGRINO, et al.
      3:03-CV-424 (CFD)(WIG)

Dear Judge Droney:

Please be advised that pursuant to Magistrate Fitzsimmons' <u>Order Returning Submission</u> dated January 27, 2004, the court clerk (Dep. Clerk Mary E. Larsen) had returned my <u>First Amended Complaint</u> dated December 23, 2003 and <u>Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss</u> dated January 7, 2004 and mailed January 22, 2004.

*[Margin note, left side:]* The Clerk shall docket this letter and include it in the Court's file. So ordered.
Christopher F. Droney
United States District Judge
02/11/04