FILED

2004 FEB 27 A 11: 01

US

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY TORRES, <br> Plaintiff, | Civil Action No. <br> 3:03-CV-424 <br> (CFD)(WIG) |
| v. | |
| HON. JOSEPH H. PELLEGRINO, <br> et al, <br> Defendants. | February 20, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Pursuant to <u>Rule-9(b) of the Local Rules</u> and <u>Rule-6(b) of the Federal Rules of Civil Procedure</u> the plaintiff moves this court for an extension of time, until March 30, 2004, to file his memorandum of law in opposition to the defendants' <u>Motion to Dismiss First Amended Complaint</u>. In support of this motion, the plaintiff submits the following facts:

1. The plaintiff received the defendants' motion to dismiss on February 10, 2004. Upon the plaintiff's examination of the motion and its accompanied memorandum, the need for researching caselaw will be necessary to adequately respond.

2. The plaintiff has no access to legal assistance which is provided by the Department of Correction through the Inmates' Legal Assistance Program due

to pending litigation against that legal assistance service provider initiated by the undersign. TORRES v. ARMSTRONG, et al., 3:02-CV-2233 (SRU), U.S. Dist. Court-Dist. of Connecticut. The civil action is currently before the Supreme Court of the United States on a Petition for Certiorari and/or is in the progress of being submitted to the United Nations High Commissioner for Human Rights for review under international law. Therefore, the plaintiff has to attempt to seek caselaw material by other means.

3. This motion is not being submitted to cause delays and the defendants will not be prejudice if this motion for extension of time is granted.

4. The plaintiff does not anticipate any further delays on this matter.

5. Due to the plaintiff's incarceration, he has not been able to ascertain the defendants' position on this motion for extension of time.

WHEREFORE, the plaintiff's above motion for extension of time, until March 30, 2004, to file his memorandum in opposition to defendants' motion to dismiss the <u>First Amended Complaint</u> should be granted.

Dated: February 20, 2004     Respectfully submitted,

_Anthony Torres_
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

-4-

CERTIFICATION

This is to certify that a true copy of the above motion for extension of time was mailed, postage prepaid, on this 20th of February 2004, pursuant to Rule-5(b) of the FRCP, to Philip Miller, Asst. Attorney General, Office of the Attorney General, 55 Elm Street, P.O. Box-120, Hartford, CT 06141-0120.

_____
ANTHONY TORRES #246027