FILED

2004 MAR -8  P 4: 40

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY TORRES,　　　　　　　　　　　Civil Action No.
　　　Plaintiff,　　　　　　　　　　　: 3:03-CV-424
　　　　　　　　　　　　　　　　　　　(CFD)(WIG)

v.

HON. JOSEPH H. PELLEGRINO,
　　et al.,
　　　　Defendants.　　　　　　　　　: March 3, 2004

## PLAINTIFF'S MOTION FOR RELIEF FROM ORDER OR TO SET ASIDE CLERK DISMISSAL

The plaintiff moves this court, pursuant to Rule-60(b)(6) of the Federal Rules of Civil Procedure, for relief from the Clerk's order dated

March 1, 2004 dismissing this civil action. In support of this motion the plaintiff submits the accompanied Declaration and the following facts:

1. The court clerk dismissed the above-captioned civil action by alleging that the plaintiff had failed to submit a memorandum in opposition to the defendants' motion to dismiss or failed to obtain an extension of time for filing his opposition within twenty-one (21) days from the day when the motion to dismiss was filed.

2. The plaintiff states that the clerk's version is incorrect. On Friday, February 20, 2004, the plaintiff prepared a <u>Plaintiff's Motion For Extension of Time to File Memorandum In Opposition to Defendants' Motion to Dismiss First Amended Complaint</u> seeking a deadline of March 30, 2004

-2-

Hon. Christopher F. Droney concerning the stealing of the plaintiff's legal mail by spiteful and vindictive prison employees. <u>Please examine Docket Entry #29 letter in court file</u>.

6. Or the alternative, the plaintiff's motion for extension of time may have been filed by the Bridgeport clerks in the wrong court file which had previously occurred in another case, <u>TORRES v. DROUN, et al</u>, several months ago, as described in the accompanied Declaration.

WHEREFORE, the plaintiff's motion for relief from the order or set aside the Clerk's dismissal of this civil action, pursuant to <u>Rule-60(b)(6) of the FRCP</u>, should be granted and the plaintiff should be permitted to file his opposition memorandum by March 30, 2004 or on a later date to be

-4-

Hon. Christopher F. Droney concerning the stealing of the plaintiff's legal mail by spiteful and vindictive prison employees. <u>Please examine Docket Entry #29 letter in court file</u>.

6. Or the alternative, the plaintiff's motion for extension of time may have been filed by the Bridgeport clerks in the wrong court file which had previously occurred in another case, <u>TORRES v. DROUN, et al</u>, several months ago as described in the accompanied Declaration.

WHEREFORE, the plaintiff's motion for relief from the order or set aside the Clerk's dismissal of this civil action, pursuant to <u>Rule-60(b)(6) of the FRCP</u>, should be granted and the plaintiff should be permitted to file his opposition memorandum by March 30, 2004 or on a later date to be

-4-

determined by the District Court.

Dated: March 3, 2004        Respectfully submitted,

_____
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box - 665
Somers, CT 06071

### CERTIFICATION

This is to certify that a true copy of the above motion for relief was mailed, postage prepaid, on this 3rd day of March 2004, pursuant to Rule-5(b) of the FRCP, to Philip Miller, Asst. Attorney General, Office of the Attorney General, 55 Elm Street, P.O. Box-120, Hartford, CT 06141-0120.

_____
ANTHONY TORRES #246027

-5-