FILED

2004 MAR -8  P 4: 40

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

HON. JOSEPH H. PELLEGRINO,
    et al.,
       Defendants.

Civil Action No.
3:03-CV-424
(CFD) (WIG)

March 3, 2004

## PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM ORDER OR TO SET ASIDE CLERK DISMISSAL

    I, ANTHONY TORRES, declares under penalty of perjury:

*AT*

1. I am the plaintiff in the above-captioned civil action, and I submit this sworn Declaration in support of my motion for relief.

2. I am a sentenced state prisoner and I am currently being housed at the super-maximum prison known as the Northern Correctional Institution (NCI), One East Housing Unit (Administrative Segregation Status) at Somers, Connecticut.

3. Any and all Administrative Segregation (A.S.) prisoners at the NCI are locked in their cells 23-hours a day on weekdays, and 24-hours a day on weekends and holidays. At no time are A.S. prisoners permitted physical access to the institution's mailboxes located in the cellblock. Any prisoner wishing to mail a legal or social correspondence must physically surrender the seal envelope to a

-2-

prison employee whenever the opportunity arises.

    4. Once the prisoner surrenders the seal mailing envelope to the prison staff member, it is physically impossible to determine if the mailing envelope was ever placed in the institution's mailbox. I have no physical view of the "Priviledged" mailbox in the One East Housing Unit and there is no guarantee that a prison employee will not steal the envelope from the NCI mailroom which is located at the opposite section of the prison from where I'am housed.

    5. On Friday, February 20, 2004, I had prepared a <u>Plaintiff's Motion For Extension of Time to File Memorandum In Opposition to Defendants' Motion to Dismiss First Amended Complaint</u> seeking until March 30, 2004 to file

-3-

his opposition memorandum. <u>See Attachment</u> to this Declaration.

6. Due to my previous experience of having my legal mail stolen by prison employees, I had held on to the motion until Monday, February 23, 2004 and entrusted the motion, including other legal papers pertaining to the <u>TORRES v. VISCOMI, et al</u> civil action, personally in the very hands of Mr. Anthony Barone, a semi-administrative employee at the NCI that holds the title of "CTO" for the One East Housing Unit. Mr. Barone verbally assured me that the legal envelope would be mailed.

7. I sincerely believe that a NCI prison employee had gotten hold of my legal envelope from Mr. Barone and stole it in retaliation for my

-4-

litigation activities against the prison staff here at the NCI.

8. The court file in this very civil action has recent correspondence docketed which shows that I had written to Judge Droney concerning the theft of my legal outgoing mail at the NCI prison. Please examine Doc. Entry #29 letter to Judge Droney in the court file.

9. It is also possible that the Clerk's office at Bridgeport's federal courthouse had misfiled the motion for extension of time which had occurred several months ago in the TORRES v. DROUN, et al. and TORRES v. MYERS civil action where my motions intended for those files were docketed in the wrong court files.

-5-

10. As a prisoner at a super-maximum security prison, I simply don't have any control over the safe passage of my outgoing mail — especially when some of the prison employees at the NCI are extremely hostile towards me.

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of March 2004.

Submitted by,

Anthony Torres

ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box - 665
Somers, CT 06071

-6-                                    AT

CERTIFICATION

This is to certify that a true copy of the above Declaration was mailed, postage prepaid, on this 3rd day of March 2004, pursuant to Rule-5(b) of the FRCP, to Philip Miller, Asst. Attorney General, Office of the Attorney General, 55 Elm Street, P.O. Box-120, Hartford, CT 06141-0120.

*Anthony Torres*
ANTHONY TORRES #246027

-7-