Anthony Torres #246027
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

March 4, 2004

Hon. Christopher F. Droney
United States District Court
450 Main Street
Hartford, CT 06103

RE: TORRES v. PELLEGRINO, et al
    3:03-CV-424 (CFD)(WIG)

Dear Judge Droney:

Please be advised that on March 1, 2004, the court Clerk had wrongfully dismissed the above-captioned civil action for my "failure" to file an opposition memorandum to the defendants' motion to dismiss. A motion

*The Clerk shall docket this letter and include it in the Court's file. so ordered.*

Christopher F. Droney
United States District Judge
03/17/04

FILED

Judge Droney/USDC     March 4, 2004
Page - 2 of 3

for extension of time to file the memorandum was mailed by me to the Clerk's office <u>one (1) week before the deadline</u>. It appears that the Clerk's office had never received my motion. As I stated to this court (Doc. Entry #29) in the past, the prison employees are randomly stealing my outgoing mail addressed to the Clerk's office to maliciously frustrate my pending civil actions in the federal and state court.

    I have promptly mailed to the court Clerk a <u>Plaintiff's Motion for Relief From Clerk's Dismissal Order</u> pursuant to <u>Rule-60(b)(6) of the FRCP</u> with an accompanied <u>Declaration</u> and a copy of the missing <u>Motion For Extension of Time</u> attached to that <u>Declaration</u>.

Due to the ongoing criminal mischief of one or more prison employees here, involving my outgoing Legal Mail, at the Northern prison compound, I cannot guarantee that my <u>Rule-60(b)(6)</u> motion will arrive at the Clerk's office in Bridgeport safely. Therefore, I request an expedited hearing to hear oral arguments or, at the very least, a telephone conference be held on my <u>Rule-60(b)(6)</u> motion.

Respectfully yours,

cc: Philip Miller, Asst. Attorney Gen.
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

Copy one (1)