FILED
2004 MAR 31  3:08
HARTFORD COURT
CT.

RECEIVED
MAR 31 2004
DISTRICT COURT
HARTFORD, CONN.

Anthony Torres #246027
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

March 24, 2004

Hon. Christopher F. Droney
United States District Court
450 Main Street
Hartford, CT 06103

RE:  TORRES v. PELLEGRINO, et al.
     3:03-CV-424(CFD)(WIG)

Dear Judge Droney:

Last March 22, 2004, my memorandum in opposition to dismiss had been mailed to the court clerk in Bridgeport for filing. I respectfully request that my memorandum is adjudicated jointly with my pending

---

The Clerk shall docket this letter and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
04/15/04