The Clerk shall docket this letter and include it in the Court's file. So ordered.

03 cv 424(+)

Christopher F. Droney
United States District Judge
07/6/04

FILED

Anthony Torres #246027
Northern Correctional Institution
287 Bilton Road
Post Office Box - 665
Somers, CT 06071

June 23, 2004

Hon. Christopher F. Droney
Att: To the Judge's Chambers
United States District Court
150 Main Street
Hartford, CT 06103

RE: TORRES v. PELLEGRINO, et al
3:03-CV-424 (CFD)(W16)

Dear Judge Droney:

Please be advice that I have submitted to the U.S. Court of Appeals the Second Circuit a Writ of Mandamus regarding the above-entitled Civil action for the District Court's