UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY TORRES

                                              PRISONER
    v.                            CIVIL NO. 3:03CV424 (JGM)

JOSEPH H. PELLEGRINO
JUDGE JOHN J. LANGENBACH
JUDGE TERENCE A. SULLIVAN
CHIEF CLERK KATHLEEN F. CHASE

## J U D G M E N T

This cause came on for consideration of the defendants' Motions to Dismiss before the Honorable Christopher F. Droney, United States District Judge.

The Court has considered the motions and all the related papers.  On September 15, 2004, the Court filed its Ruling granting the motion to dismiss the amended complaint and denying the motion to dismiss the complaint as moot and dismissing all claims as lacking an arguable legal basis pursuant to 28 U.S.C. 1915(e)(2)(B)(I).

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 16th day of September, 2004.

                                                KEVIN F. ROWE, Clerk

                                                By /s/ Cynthia Earle
                                                     Cynthia Earle
                                                     Deputy Clerk

Entry on Docket _____